IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

EVELYN HERRINGTON                                                     PLAINTIFF

v.                                              CIVIL ACTION NO.: 2:16cv193-KS-MTP

LIBERTY LIFE ASSURANCE COMPANY OF BOSTON            DEFENDANT

**AMENDED CASE MANAGEMENT ORDER**

As the Case Management Order [11] entered on March 15, 2017 contains an error as to the dispositive motions deadline, the court finds that it should be amended as follows:

IT IS, THEREFORE, ORDERED

The deadline for filing dispositive motions is October 2, 2017.

All other provisions and deadlines contained in the Case Management Order [11] remain in place.

SO ORDERED this 12th day of May, 2017.

                                                         s/ Michael T. Parker
                                                         United States Magistrate Judge